THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* TONY PARRETTI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued November 18, 1926; decided December 31, 1926.)

APPEAL from a judgment of the Supreme Court, rendered July 1, 1926, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert H. Elder* and *Otho S. Bowling* for appellant.

*Charles J. Dodd, District Attorney* (*James I. Cuff* and *Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: LEHMAN, J., on ground witness Desiderio was an accomplice as a matter of law. Absent: HISCOCK, Ch. J.